IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DOUGLAS BAER

       Plaintiff,

v.

WORLDWIDE TRANSPORTATION
SERVICES, INC., a Florida Corporation, and
ALI MALEK, individually

       Defendant.
_____/

**NOTICE OF SERVICE AND
AGREEMENT TO EXTEND TIME FOR DEFENDANTS'
TO RESPOND TO PLAINTIFF'S COMPLAINT UNTIL MARCH 13, 2015**

    Plaintiff, Douglas Baer, by and through the undersigned counsel, hereby files this Notice that Defendants have agreed to voluntarily accept Service through their counsel, Michael T. Landen, with the Law firm of Kluger Kaplan, Silverman, Katzen & Levine, P.L.  The undersigned has provided Mr. Landen with a copy of Plaintiff's Complaint.

    Because Mr. Landon has graciously agreed to accept service on behalf of his clients and has saved Plaintiff the time and cost of serving his clients directly, the Plaintiff has agreed to give Defendants until March 13, 2015 to respond to Plaintiff's Complaint.

Respectfully submitted:   February 10, 2015

                                                             */s/ Neil D. Kodsi*
                                                             NEIL D. KODSI, ESQUIRE
                                                            Florida Bar No. 0011255
                                                            Email: nkodsi@ndkodsilaw.com
                                                            THE LAW OFFICES OF NEIL D. KODSI
                                                           Two South University Drive, Suite 330
                                                           Plantation, FL 33324
                                                           Telephone: (786) 464-0841
                                                           Facsimile:  954-760-4305
                                                           Email:  nkodsi@ndkodsilaw.com
                                                           **Counsel for Plaintiff, Douglas Baer**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and I also, pursuant to an agreement between counsel to accept service via electronic mail, sent a copy of the foregoing via electronic mail to Michael T. Landen, counsel for Defendants at MLanden@klugerkaplan.com.

*/s/ Neil D. Kodsi*
NEIL D. KODSI, ESQUIRE
Florida Bar No. 0011255
Email: nkodsi@ndkodsilaw.com
The Law Offices of Neil D. Kodsi
Two South University Drive, Suite 315
Plantation, FL 33324
Telephone: 786-464-0841
Facsimile:  954-790-6722
**Counsel for Plaintiff, Douglas Baer**